■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLEN DOUGLAS WRIGHT, Appellant.—Judgment of the Supreme Court, Queens County, rendered September 26, 1972, affirmed *(People v Clairborne,* 29 NY2d 950; see *People v Griffin,* 7 NY2d 511). Rabin, Acting P. J., Martuscello, Cohalan, Brennan and Shapiro, JJ., concur.